

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2020

No. 04-20-00427-CV

**IN RE** Gustavo **GARCIA-SILLER**, Archbishop of the Archdiocese of San Antonio, and Acting on Behalf of the Archdiocese of San Antonio, and Anita Valencia, as Independent Administrator of the Estate of Virgilio Elizondo

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena Chapa, Justice
                Irene Rios, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

On September 28, 2020, relators filed a Motion for Rehearing En Banc. The court requests a response to that motion from the real party in interest no later than **October 15, 2020**, 2020. If the respondent would like to file a response, it is invited to do so on the same schedule as the response from the real party in interest.

In addition, on October 2, 2020, relators filed a petition for writ of mandamus with the Texas Supreme Court. We **ORDER** the parties to file supplemental briefing addressing this court's jurisdiction to consider the pending Motion for Rehearing En Banc. We **ORDER** relators to file supplemental briefing addressing that issue no later than **October 15, 2020**. We **ORDER** real party in interest to file supplemental briefing addressing that issue 7 days after relators file their supplemental briefing. This supplemental briefing is limited to 2,000 words per side, and should only address this court's jurisdiction to issue mandamus relief in this proceeding.

---

[1] This proceeding arises out of Cause No. 2015-CI-08589, styled *John Doe v. Roman Catholic Archdiocese of San Antonio, by and through the Apostolic Administrator and Archbishop Gustavo Garcia-Siller and Archbishop Emeritus Patrick Flores, their predecessors and successors, as Archbishop of the Roman Catholic Archdiocese of San Antonio, Father Jesus Armando Dominguez, the Estate of Father Virgilio Elizondo, Deceased; Bishop Gerald R. Barnes, his predecessors and successors, as Bishop of the Diocese of San Bernardino, in its assumed or common name; the Roman Catholic Bishop of San Bernardino, a Corporate sole aka Diocese of San Bernardino,* pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.

It is so **ORDERED** on October 8, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court